IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| Teőfila Ochoa Lizarbe, et al., <br><br> Plaintiffs <br><br> v. <br><br> Juan Manuel Rivera Rondon, <br><br> Defendant | Civil Action No. 8:07-CV-01809 <br> Honorable Peter J. Messitte |

ORDER

Upon consideration of Plaintiff's Motion for Default Judgment, Defendant's Opposition thereto, Defendant's Motion to Strike Order of Default, Defendant's Motion for Extension of Time, and any hearing of the matter, it is, this ___7___ day of ___Dec___, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Plaintiff's Motion for Default Judgment is, and hereby shall be, DENIED; and it is further

ORDERED, that the Order of Default in this matter is, and hereby shall be, STRICKEN; and it is further

ORDERED, that the Defendant shall have until and including ten business days from the date of this order in which to file a responsive pleading to the Complaint in this matter.

_____
Judge Peter J. Messitte